Certificate Number: 03053-NYW-CC-021008203


03053-NYW-CC-021008203

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 20, 2013, at 9:43 o'clock AM EDT, Mary Ann Crooks received from Consumer Credit Counseling Service of Buffalo, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Western District of New York, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   May 20, 2013           By:    /s/Nicole Williams for Jaime L. Nigro

                               Name:  Jaime L. Nigro

                               Title: Education Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).