9/17/2013, Employee Personal Page
Maryann Crooks

### Pay Period E&L Details

| Year, Pay Period | Employing Agency | PayPlan Grade Step | Salary | SCD for Leave | Ret Deductions This Appointment |
|---|---|---|---|---|---|
| 2013, 17 (08/25/2013 to 09/07/2013) | U.S. CUSTOMS AND BORDER PROTECTION | GS 11 06 | $68,629.00 | 11/20/2000 | $2,211.17 |

### Earnings and Deductions

| Code | Description | Hours P/P | Hours YTD | Amount P/P | Amount YTD |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 35.00 | 1,239.50 | 1,150.80 | 40,754.76 |
| 21 | OVERTIME - PREMIUM RATE | | 43.50 | | 1,674.32 |
| 34 | FLSA | | 43.50 | | 471.10 |
| 61 | ANNUAL LEAVE | 30.00 | 67.75 | 986.40 | 2,227.62 |
| 62 | SICK LEAVE | 5.00 | 142.75 | 164.40 | 4,693.62 |
| 66 | OTHER LEAVE | 10.00 | 70.00 | 328.80 | 2,301.60 |
| ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 | | 2,630.40 | 52,123.02 |
| 75 | RETIREMENT | | | 21.04 | 399.76 |
| 75 | TSP-FERS | | | 131.52 | 920.64 |
| 76 | SOCIAL SECURITY (OASDI) | | | 143.86 | 2,857.49 |
| 77 | FEDERAL TAX EXEMPTS S00 EXTRA FEDERAL TAX | | | 369.46 10.00 | 3,351.45 60.00 |
| 78 | ST TAX NY EXEMPTS S00 | | | 110.92 | 2,348.60 |
| 81 | FEGLI- COVERAGE $ $71,000 | | | 10.65 | 202.35 |
| 81 | LIFE INS-COVERAGE$ | | | 1.00 | 19.00 |
| 82 | OPT FEGLI-AGE BRACKET 5 | | | 1.40 | 11.20 |
| 83 | FEHBA - ENROLL CODE QA2 | | | 274.66 | 5,113.86 |
| 83 | DENTAL PLAN | | | 35.43 | 920.25 |
| 85 | CHARITABLE CONTRIBUTNS | | | | 10.00 |
| 87 | UNION/ASSOCIATION DUES 10 0154 | | | 17.08 | 324.52 |
| 88 | CHKING/SAVING14030894 | | | | 1,350.00 |
| 88 | CHKING/SAVING1548085000 | | | | 300.00 |
| 88 | CHKING/SAVING2271 | | | 260.00 | 7,540.00 |
| 88 | CHKING/SAVING7801402756 | | | 75.00 | 1,805.00 |
| 88 | TSP LOAN REPAY (FED) | | | 51.19 | 972.61 |
| 97 | MEDICARE TAX WITHHELD | | | 33.64 | 668.31 |

Case 1:13-12520-CLB   Doc 6   Filed 09/24/13   Entered 09/24/13 11:35:24,
Description: Main Document   Page 1 of 7

| ** | ********** TOTAL DEDUCTIONS ********** | | | 1,546.85 | 29,175.04 |
|----|----|----|----|----|----|
| ** | ************** NET PAY ************** | | | 1,083.55 | 22,947.98 |
| ** | DD/EFT ROUTING NO. 022310121 | | | | |

## Savings Bonds

No Information found.

## Year-to-Date Leave Status

| Type | Accrued | Used | Balance | Projected Use or Lose | PT Hrs Unapp | Max Carry-Over |
|------|---------|------|---------|-----------------------|--------------|----------------|
| Annual | 102 | 70.25 | 257.50 | 75.50 | | 240 |
| Sick | 68 | 134.75 | 119 | | | Leave Category |
| Compensatory | 0 | 0 | 0 | | | 6 |

## Remarks

CBP HAS ISSUED ITS LATEST ANTI-DISCRIMINATION AND ANTI-HARASSMENT POLICY STATEMENT THAT AFFIRMS THAT UNLAWFUL DISCRIMINATION, THE UNFAVORABLE TREATMENT OF A PERSON OR CLASS OF PERSONS BASED ON THEIR PROTECTED STAUS UNDER FEDERAL LAW, IS STRICTLY PROHIBITED.

9/17/2013, Employee Personal Page
Maryann Crooks

### Pay Period E&L Details

| Year, Pay Period | Employing Agency | PayPlan Grade Step | Salary | SCD for Leave | Ret Deductions This Appointment |
|---|---|---|---|---|---|
| 2013, 16 (08/11/2013 to 08/24/2013) | U.S. CUSTOMS AND BORDER PROTECTION | GS 11 06 | $68,629.00 | 11/20/2000 | $2,190.13 |

### Earnings and Deductions

| Code | Description | Hours P/P | Hours YTD | Amount P/P | Amount YTD |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 74.75 | 1,204.50 | 2,457.78 | 39,603.96 |
| 21 | OVERTIME - PREMIUM RATE | | 43.50 | | 1,674.32 |
| 34 | FLSA | | 43.50 | | 471.10 |
| 61 | ANNUAL LEAVE | 4.00 | 37.75 | 131.52 | 1,241.22 |
| 62 | SICK LEAVE | 1.25 | 137.75 | 41.10 | 4,529.22 |
| 66 | OTHER LEAVE | | 60.00 | | 1,972.80 |
| ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 | | 2,630.40 | 49,492.62 |
| 75 | RETIREMENT | | | 21.04 | 378.72 |
| 75 | TSP-FERS | | | 131.52 | 789.12 |
| 76 | SOCIAL SECURITY (OASDI) | | | 143.86 | 2,713.63 |
| 77 | FEDERAL TAX EXEMPTS S00 EXTRA FEDERAL TAX | | | 369.46 10.00 | 2,981.99 50.00 |
| 78 | ST TAX NY EXEMPTS S00 | | | 110.92 | 2,237.68 |
| 81 | FEGLI- COVERAGE $ $71,000 | | | 10.65 | 191.70 |
| 81 | LIFE INS-COVERAGE$ | | | 1.00 | 18.00 |
| 82 | OPT FEGLI-AGE BRACKET 5 | | | 1.40 | 9.80 |
| 83 | FEHBA - ENROLL CODE QA2 | | | 274.66 | 4,839.20 |
| 83 | DENTAL PLAN | | | 35.43 | 884.82 |
| 85 | CHARITABLE CONTRIBUTNS | | | | 10.00 |
| 87 | UNION/ASSOCIATION DUES 10 0154 | | | 17.08 | 307.44 |
| 88 | CHKING/SAVING14030894 | | | 75.00 | 1,350.00 |
| 88 | CHKING/SAVING1548085000 | | | | 300.00 |
| 88 | CHKING/SAVING2271 | | | 260.00 | 7,280.00 |
| 88 | CHKING/SAVING7801402756 | | | 75.00 | 1,730.00 |
| 88 | TSP LOAN REPAY (FED) | | | 51.19 | 921.42 |
| 97 | MEDICARE TAX WITHHELD | | | 33.64 | 634.67 |

| | | | | | |
|---|---|---|---|---|---|
| ** | ********** TOTAL DEDUCTIONS ********** | | | 1,621.85 | 27,628.19 |
| ** | ************** NET PAY ************** | | | 1,008.55 | 21,864.43 |
| ** | DD/EFT ROUTING NO. 022310121 | | | | |

### Savings Bonds

No Information found.

### Year-to-Date Leave Status

| Type | Accrued | Used | Balance | Projected Use or Lose | PT Hrs Unapp | Max Carry-Over |
|---|---|---|---|---|---|---|
| Annual | 96 | 40.25 | 281.50 | 105.50 | | 240 |
| Sick | 64 | 129.75 | 120 | | | Leave Category |
| Compensatory | 0 | 0 | 0 | | | 6 |

### Remarks

IF YOU BELIEVE YOU ARE BEING HARASSED, CONTACT YOUR IMMEDIATE SUPERVISOR; THE OFFICE OF INTERNAL AFFAIRS AT 1-877-2INTAKE, FAX (202) 344-3390 OR EMAIL JOINT.INTAKE@DHS.GOV; YOUR SECOND LINE SUPERVISOR; ANOTHER MANAGEMENT OFFICIAL IN YOUR CHAIN OF COMMAND; OR THE LOCAL DCR OFFICER.

9/17/2013, Employee Personal Page
Maryann Crooks

## Pay Period E&L Details

| Year, Pay Period | Employing Agency | PayPlan Grade Step | Salary | SCD for Leave | Ret Deductions This Appointment |
|---|---|---|---|---|---|
| 2013, 15 (07/28/2013 to 08/10/2013) | U.S. CUSTOMS AND BORDER PROTECTION | GS 11 06 | $68,629.00 | 11/20/2000 | $2,169.09 |

### Earnings and Deductions

| Code | Description | Hours P/P | Hours YTD | Amount P/P | Amount YTD |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 78.00 | 1,129.75 | 2,564.64 | 37,146.18 |
| 21 | OVERTIME - PREMIUM RATE | | 43.50 | | 1,674.32 |
| 34 | FLSA | | 43.50 | | 471.10 |
| 61 | ANNUAL LEAVE | | 33.75 | | 1,109.70 |
| 62 | SICK LEAVE | | 136.50 | | 4,488.12 |
| 66 | OTHER LEAVE | 2.00 | 60.00 | 65.76 | 1,972.80 |
| ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 | | 2,630.40 | 46,862.22 |
| 75 | RETIREMENT | | | 21.04 | 357.68 |
| 75 | TSP-FERS | | | 131.52 | 657.60 |
| 76 | SOCIAL SECURITY (OASDI) | | | 142.76 | 2,569.77 |
| 77 | FEDERAL TAX EXEMPTS S00 EXTRA FEDERAL TAX | | | 365.03 10.00 | 2,612.53 40.00 |
| 78 | ST TAX NY EXEMPTS S00 | | | 109.78 | 2,126.76 |
| 81 | FEGLI- COVERAGE $ $71,000 | | | 10.65 | 181.05 |
| 81 | LIFE INS-COVERAGE$ | | | 1.00 | 17.00 |
| 82 | OPT FEGLI-AGE BRACKET 5 | | | 1.40 | 8.40 |
| 83 | FEHBA - ENROLL CODE QA2 | | | 274.66 | 4,564.54 |
| 83 | DENTAL PLAN | | | 53.12 | 849.39 |
| 85 | CHARITABLE CONTRIBUTNS | | | | 10.00 |
| 87 | UNION/ASSOCIATION DUES 10 0154 | | | 17.08 | 290.36 |
| 88 | CHKING/SAVING14030894 | | | 75.00 | 1,275.00 |
| 88 | CHKING/SAVING1548085000 | | | | 300.00 |
| 88 | CHKING/SAVING2271 | | | 260.00 | 7,020.00 |
| 88 | CHKING/SAVING7801402756 | | | 75.00 | 1,655.00 |
| 88 | TSP LOAN REPAY (FED) | | | 51.19 | 870.23 |
| 97 | MEDICARE TAX WITHHELD | | | 33.39 | 601.03 |

| ** | ********** TOTAL DEDUCTIONS ********** | | | 1,632.62 | 26,006.34 |
|----|------------------------------------------|---|---|----------|-----------|
| ** | *************** NET PAY *************** | | | 997.78 | 20,855.88 |
| ** | DD/EFT ROUTING NO. 022310121 | | | | |

### Savings Bonds

No Information found.

### Year-to-Date Leave Status

| Type | Accrued | Used | Balance | Projected Use or Lose | PT Hrs Unapp | Max Carry-Over |
|------|---------|------|---------|----------------------|--------------|----------------|
| Annual | 90 | 36.25 | 279.50 | 109.50 | | 240 |
| Sick | 60 | 128.50 | 117.25 | | | Leave Category |
| Compensatory | 0 | 0 | 0 | | | 6 |

### Remarks

IT IS ILLEGAL TO DISCRIMINATE AGAINST CBP EMPLOYEES AND APPLICANTS ON THE BASIS OF AGE (40 OR OLDER). THOSE WHO ENGAGE IN AGE DISCRIMINATION MAY BE SUBJECT TO CORRECTIVE ACTION.

9/17/2013, Employee Personal Page
Maryann Crooks

### Pay Period E&L Details

| Year, Pay Period | Employing Agency | PayPlan Grade Step | Salary | SCD for Leave | Ret Deductions This Appointment |
|---|---|---|---|---|---|
| 2013, 14 (07/14/2013 to 07/27/2013) | U.S. CUSTOMS AND BORDER PROTECTION | GS 11 06 | $68,629.00 | 11/20/2000 | $2,148.05 |

### Earnings and Deductions

| Code | Description | Hours P/P | Hours YTD | Amount P/P | Amount YTD |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 76.50 | 1,051.75 | 2,515.32 | 34,581.54 |
| 21 | OVERTIME - PREMIUM RATE | | 43.50 | | 1,674.32 |
| 34 | FLSA | | 43.50 | | 471.10 |
| 61 | ANNUAL LEAVE | 3.50 | 33.75 | 115.08 | 1,109.70 |
| 62 | SICK LEAVE | | 136.50 | | 4,488.12 |
| 66 | OTHER LEAVE | | 58.00 | | 1,907.04 |
| ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 | | 2,630.40 | 44,231.82 |
| 75 | RETIREMENT | | | 21.04 | 336.64 |
| 75 | TSP-FERS | | | 131.52 | 526.08 |
| 76 | SOCIAL SECURITY (OASDI) | | | 142.76 | 2,427.01 |
| 77 | FEDERAL TAX EXEMPTS S00 EXTRA FEDERAL TAX | | | 365.03 10.00 | 2,247.50 30.00 |
| 78 | ST TAX NY EXEMPTS S00 | | | 109.78 | 2,016.98 |
| 81 | FEGLI- COVERAGE $ $71,000 | | | 10.65 | 170.40 |
| 81 | LIFE INS-COVERAGE$ | | | 1.00 | 16.00 |
| 82 | OPT FEGLI-AGE BRACKET 5 | | | 1.40 | 7.00 |
| 83 | FEHBA - ENROLL CODE QA2 | | | 274.66 | 4,289.88 |
| 83 | DENTAL PLAN | | | 53.12 | 796.27 |
| 85 | CHARITABLE CONTRIBUTNS | | | | 10.00 |
| 87 | UNION/ASSOCIATION DUES 10 0154 | | | 17.08 | 273.28 |
| 88 | CHKING/SAVING14030894 | | | 75.00 | 1,200.00 |
| 88 | CHKING/SAVING1548085000 | | | | 300.00 |
| 88 | CHKING/SAVING2271 | | | 260.00 | 6,760.00 |
| 88 | CHKING/SAVING7801402756 | | | 75.00 | 1,580.00 |
| 88 | TSP LOAN REPAY (FED) | | | 51.19 | 819.04 |
| 97 | MEDICARE TAX WITHHELD | | | 33.39 | 567.64 |

Case 1:13-12520-CLB   Doc 6   Filed 09/24/13   Entered 09/24/13 11:35:24   Description: Main Document , Page 7 of 7