# Notice Recipients

District/Off: 0209–1     User: finucane     Date Created: 9/25/2013
Case: 1–13–12520–CLB     Form ID: b9acorr     Total: 18

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
21142276    NTEU Local 157 Federal Credit Union

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Mary Ann Button | 8849 East Eden Road | Eden, NY 14057 | |
| tr | Mark J. Schlant | 404 Cathedral Place | 298 Main Street | Buffalo, NY 14202 |
| aty | Todd A. Morth | 482 Delaware Avenue | Buffalo, NY 14202 | |
| 21142278 | Capital One | P.O. Box 5250 | Carol Stream, IL 60197–6403 | |
| 21142279 | Care Credit | c/o GE Capital Retail Bank | PO Box 960061 | Orlando, FL 32896–0061 |
| 21142280 | Cohen &Slamowitz | P.O. Box 9004 | Woodbury, NY 11797–9004 | |
| 21142281 | Credit One Bank | PO Box 60500 | City of Industry, CA 91716 | |
| 21142282 | Dell Financial Services | PO Box 6403 | Carol Stream, IL 60197–6403 | |
| 21142283 | Discover Financial Services | PO Box 3025 | New Albany, OH 43054–3025 | |
| 21142284 | HSBC | P.O. Box 2103 | Buffalo, NY 14240 | |
| 21142277 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 | |
| 21142285 | JC Penney | P.O. Box 960001 | Orlando, FL 32896 | |
| 21142286 | Merrick Bank | P.O. Box 5721 | Hicksville, NY 11802 | |
| 21142287 | Nelnet Loan Services | P.O. Box 1649 | Denver, CO 80201 | |
| 21142288 | Orchard Bank | P.O. Box 17051 | Baltimore, MD 21297 | |
| 21142289 | Portfolio Recovery Assoc. | PO Box 41067 | Norfolk, VA 23541–1067 | |
| 21142290 | Sunil Bakshi, Esq | 5662 Main Street | Buffalo, NY 14221 | |

TOTAL: 17