# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:  
    Mary Ann Button  
      aka Mary Ann Crooks, aka Mary Ann Olejnik, aka Maryann Crooks

               Debtor(s)

Case No.: 1–13–12520–CLB  
Chapter: 7

SSN: xxx–xx–7762

## DEFICIENCY NOTICE

**PLEASE TAKE NOTICE** that the following document contains deficiencies:

Docket # *1* – Chapter 7 Voluntary Petition (case upload). Filing Fee Due: $306.00. Filed by Todd A. Morth on behalf of Mary Ann Button. (Flag set: CounDue, DebtEd) (Morth, Todd)

**MISSING OR INCOMPLETE:**

[ ] Amendment is missing: [ ] Cover Sheet; [ ] Amended Summary of Schedules; and/or [ ] Certificate of Service

    [ ] File as: Bankruptcy > Other > Amendment to Schedules and/or Statements Already Filed.  
    [ ] File as: Bankruptcy > Other > Cover Sheet.    [ ] File as: Bankruptcy > Other > Certificate of Service.

[ ] Hearing Information Improper: [ ] Date, [ ] Time and/or [ ] Location.

[ ] Hearing Information Not Provided: [ ] Date, [ ] Time and/or [ ] Location.

[ ] Certificate of service is [ ] missing or [ ] incomplete.

[ ] Official Form 23 [ ] is missing [ ] does not state the certificate number. Without a completed Form 23 AND certificate number, this case will be closed without the entry of a discharge order. **File as: Bankruptcy > Other > Financial Management Course**.

[ X ] Other: The mailing matrix appears to contain an incomplete address for: NTEU Local 157 Federal Credit Union.

[ X ] **File as: Bankruptcy>Other>Notice of Change of Address**

**INCORRECT PROCEDURE:** Please consult the 'Judges' and 'Calendars' section of the Court's website at: www.nywb.uscourts.gov for procedures on hearing dates, locations, times and service.

[ ] The motion incorrectly informs debtor or party that written response is required and/or sets a deadline for filing written opposition. An amended motion in compliance with the Standing Order dated March 16, 1999 must be filed and served.

[ ] BUFFALO PLEADINGS ONLY – The motion does not comply with the practice changes for motions brought on the papers. Please refer to the 9/18/12 notice regarding these changes. An Amended Notice of Motion/Motion must be filed or appearance may be required.

[ ] ROCHESTER PLEADINGS ONLY – Motion fails to comply with the Standing Order dated December 18, 2009, which contains a comprehensive list of procedures/requirements for each default motion filed in Rochester and Watkins Glen. This Standing Order is available at: www.nywb.uscourts.gov.

[ ] ROCHESTER PLEADINGS ONLY – The reliefs included in the motion cannot be combined.  
  – The motion for will be placed on the Court calendar on . Submit a New Order deleting reference to the motion for.  
  – The motion for **will NOT be considered** by the Court until a NEW motion is filed. File the NEW motion as follows:

[ ] ROCHESTER PLEADINGS ONLY – The for is full.  
  Please re–notice for another date. This motion will not be considered by the Court. File the amended motion as: Motions > Amended Motion. Link the amended motion to the original motion.

**ADDITIONAL INFORMATION: The deficiencies noted above must be corrected.**

[ ] This motion [ ] **WILL NOT** [ ] **WILL** be considered by the Court.

[ ] **File as: Bankruptcy/Adversary > Motions > AMENDED MOTION. Link the Amended Motion to the original motion.**

[ X ] **File as: Bankruptcy>Other>Notice of Change of address**

Date: September 25, 2013                                Lisa Bertino Beaser  
                                                                        Clerk of Court

Form defygen/Doc 12  
www.nywb.uscourts.gov