# Notice Recipients

District/Off: 0209−1  User: finucane  Date Created: 9/25/2013
Case: 1−13−12520−CLB  Form ID: defygen  Total: 2

**Recipients of Notice of Electronic Filing:**
aty    Todd A. Morth    toddmorth@gmail.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Mary Ann Button    8849 East Eden Road    Eden, NY 14057

TOTAL: 1