```
United States Bankruptcy Court
Western District of New York
```

In re:                                                              Case No. 13-12520-CLB
Mary Ann Button                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0209-1          User: finucane          Page 1 of 1          Date Rcvd: Sep 25, 2013
                              Form ID: b9acorr        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2013.
```
db            +Mary Ann Button,    8849 East Eden Road,    Eden, NY 14057-9740
21142280       Cohen & Slamowitz,    P.O. Box 9004,    Woodbury, NY  11797-9004
21142290      +Sunil Bakshi, Esq,   5662 Main Street,    Buffalo, NY 14221-5506
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: toddmorth@gmail.com Sep 25 2013 18:27:56     Todd A. Morth,    482 Delaware Avenue,
                Buffalo, NY   14202
tr            +EDI: QMJSCHLANT.COM Sep 25 2013 18:28:00      Mark J. Schlant,    404 Cathedral Place,
                298 Main Street,    Buffalo, NY 14202-4005
21142278      +EDI: CAPITALONE.COM Sep 25 2013 18:28:00      Capital One,    P.O. Box 5250,
                Carol Stream, IL 60197-5250
21142279       EDI: RMSC.COM Sep 25 2013 18:28:00      Care Credit,   c/o GE Capital Retail Bank,    PO Box 960061,
                Orlando, FL  32896-0061
21142281      +EDI: RCSFNBMARIN.COM Sep 25 2013 18:28:00      Credit One Bank,    PO Box 60500,
                City of Industry, CA 91716-0500
21142282       EDI: RCSDELL.COM Sep 25 2013 18:28:00      Dell Financial Services,    PO Box 6403,
                Carol Stream, IL  60197-6403
21142283       EDI: DISCOVER.COM Sep 25 2013 18:28:00      Discover Financial Services,    PO Box 3025,
                New Albany, OH  43054-3025
21142284      +EDI: HFC.COM Sep 25 2013 18:28:00      HSBC,   P.O. Box 2103,    Buffalo, NY 14240-2103
21142277       EDI: IRS.COM Sep 25 2013 18:28:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA  19101-7346
21142285      +EDI: RMSC.COM Sep 25 2013 18:28:00      JC Penney,    P.O. Box 960001,    Orlando, FL 32896-0001
21142286      +EDI: MERRICKBANK.COM Sep 25 2013 18:28:00      Merrick Bank,    P.O. Box 5721,
                Hicksville, NY 11802-5721
21142287      +E-mail/Text: electronicbkydocs@nelnet.net Sep 25 2013 18:28:27     Nelnet Loan Services,
                P.O. Box 1649,    Denver, CO 80201-1649
21142288      +EDI: HFC.COM Sep 25 2013 18:28:00      Orchard Bank,    P.O. Box 17051,    Baltimore, MD 21297-1051
21142289       EDI: PRA.COM Sep 25 2013 18:28:00      Portfolio Recovery Assoc.,    PO Box 41067,
                Norfolk, VA  23541-1067
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21142276       NTEU Local 157 Federal Credit Union
                                                                                   TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2013                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2013 at the address(es) listed below:
```
              Mark J. Schlant    mschlant@zsa.cc, mschlant@ecf.epiqsystems.com
              Todd A. Morth   on behalf of Debtor Mary Ann Button toddmorth@gmail.com
                                                                                             TOTAL: 2
```

B9Acorr (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **1−13−12520−CLB**

# UNITED STATES BANKRUPTCY COURT Western District of New York

## **AMENDED** Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on September 24, 2013.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mary Ann Button
aka Mary Ann Crooks, aka Mary Ann Olejnik, aka
Maryann Crooks
8849 East Eden Road
Eden, NY 14057

| Case Number: <br> 1−13−12520−CLB | Last four digits of Social−Security or Individual Taxpayer−ID No(s). (ITIN) / Complete EIN: xxx−xx−7762 |
|---|---|
| Attorney for Debtor(s) (name and address): <br> Todd A. Morth <br> 482 Delaware Avenue <br> Buffalo, NY 14202 <br> Telephone number: 716−445−1357 | Bankruptcy Trustee (name and address): <br> Mark J. Schlant <br> 404 Cathedral Place <br> 298 Main Street <br> Buffalo, NY 14202 <br> Telephone number: (716) 855−3200 |

## Meeting of Creditors

Date: **October 24, 2013**     ***Cellular phones and PDAs not allowed in building.***
Time: **11:30 AM**
Location: **Office of the U.S. Trustee, Olympic Towers, 300 Pearl Street, 4th Floor, Buffalo, NY 14202**

Individual debtors must provide picture identification and proof of social security number to the trustee at this meeting of creditors. Failure to do so may result in your case being dismissed.

### Presumption of Abuse under 11 U.S.C. § 707(b) *See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

**Deadlines:** Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 12/23/13**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

**Creditor with a Foreign Address:** A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** <br> Olympic Towers, Suite 250 <br> 300 Pearl Street <br> Buffalo, NY 14202 <br> Telephone number: (716) 362−3200 | **For the Court:** <br> Clerk of the Bankruptcy Court: <br> Lisa Bertino Beaser |
|---|---|
| Case filing information and deadline dates can be obtained free of charge by calling our Voice Case Information System: (716) 362−3201 or (866) 222−8029 | You could have received this notice electronically. Register to receive future notices sent electronically through the Bankruptcy Notice Center: http://www.EBNuscourts.com |
| Hours Open: Monday – Friday 8:00 AM – 4:30 PM <br> Website: http://www.nywb.uscourts.gov | Date: 9/25/13 <br> Doc #11 |

***Amended Notice. The new information is: Judge has been Reassigned . This notice amends the notice that was sent to E−Filers only.***

*In the event of severe weather or other emergency situations, please call (716) 362−3200 (Buffalo) after 7:00 a.m. EST or visit www.nywb.uscourts.gov for updated court closing information.*

# EXPLANATIONS

B9Acorr (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6) , you must file a complaint or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Undeliverable Notices | The address of the debtor's attorney will be used as the return address for the Notice of Meeting of Creditors. For returned or undeliverable mailings, debtor's must obtain the intended recipient's correct address, resend the notice and file an affidavit of service with the Clerk's Office. The Clerk's Office will then update its records for future mailings. Failure to serve all parties with a copy of this notice may adversely affect the debtor. |

−− Refer to Other Side for Important Deadlines and Notices −−