```
                    United States Bankruptcy Court
                    Western District of New York
```

```
In re:                                              Case No. 13-12520-CLB
Mary Ann Button                                     Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0209-1        User: finucane        Page 1 of 1        Date Rcvd: Sep 25, 2013
                            Form ID: defygen       Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2013.
db          +Mary Ann Button,   8849 East Eden Road,   Eden, NY 14057-9740
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                       TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2013                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2013 at the address(es) listed below:
          Mark J. Schlant   mschlant@zsa.cc,  mschlant@ecf.epiqsystems.com
          Todd A. Morth   on behalf of Debtor Mary Ann Button toddmorth@gmail.com
                                                                     TOTAL: 2
```

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In Re:

    Mary Ann Button
     aka Mary Ann Crooks, aka Mary Ann
    Olejnik, aka Maryann Crooks

           Debtor(s)

Case No.: 1–13–12520–CLB
Chapter: 7

SSN:  xxx–xx–7762

# DEFICIENCY NOTICE

**PLEASE TAKE NOTICE** that the following document contains deficiencies:

Docket #  *1* – Chapter 7 Voluntary Petition (case upload). Filing Fee Due: $306.00. Filed by Todd A. Morth on behalf of Mary Ann Button. (Flag set: CounDue, DebtEd) (Morth, Todd)

**MISSING OR INCOMPLETE:**

[  ]    Amendment is missing: [   ] Cover Sheet; [   ] Amended Summary of Schedules; and/or [   ] Certificate of Service

     [   ] File as: Bankruptcy > Other > Amendment to Schedules and/or Statements Already Filed.
     [   ] File as: Bankruptcy > Other > Cover Sheet.      [   ] File as: Bankruptcy > Other > Certificate of Service.

[  ]    Hearing Information Improper: [   ] Date, [   ] Time and/or [   ] Location.

[  ]    Hearing Information Not Provided: [   ] Date, [   ] Time and/or [   ] Location.

[  ]    Certificate of service is [   ] missing or [   ] incomplete.

[  ]    Official Form 23 [   ] is missing [   ] does not state the certificate number. Without a completed Form 23 AND certificate number, this case will be closed without the entry of a discharge order. **File as: Bankruptcy > Other > Financial Management Course**.

[ X ]    Other:The mailing matrix appears to contain an incomplete address for: NTEU Local 157 Federal Credit Union.

[ X ]    **File as: Bankruptcy>Other>Notice of Change of Address**

**INCORRECT PROCEDURE:** Please consult the 'Judges' and 'Calendars' section of the Court's website at: www.nywb.uscourts.gov for procedures on hearing dates, locations, times and service.

[  ]    The motion incorrectly informs debtor or party that written response is required and/or sets a deadline for filing written opposition. An amended motion in compliance with the Standing Order dated March 16, 1999 must be filed and served.

[  ]    BUFFALO PLEADINGS ONLY – The motion does not comply with the practice changes for motions brought on the papers. Please refer to the 9/18/12 notice regarding these changes. An Amended Notice of Motion/Motion must be filed or appearance may be required.

[  ]    ROCHESTER PLEADINGS ONLY – Motion fails to comply with the Standing Order dated December 18, 2009, which contains a comprehensive list of procedures/requirements for each default motion filed in Rochester and Watkins Glen. This Standing Order is available at www.nywb.uscourts.gov.

[  ]    ROCHESTER PLEADINGS ONLY – The reliefs included in the motion cannot be combined.
     – The motion for will be placed on the Court calendar on . Submit a New Order deleting reference to the motion for.
     – The motion for **will NOT be considered** by the Court until a NEW motion is filed. File the NEW motion as follows:

[  ]    ROCHESTER PLEADINGS ONLY – The for is full.
     Please re−notice for another date. This motion will not be considered by the Court. File the amended motion as: Motions > Amended Motion. Link the amended motion to the original motion.

**ADDITIONAL INFORMATION: The deficiencies noted above must be corrected.**

[  ] This motion [   ] **WILL NOT**  [   ] **WILL**  be considered by the Court.

[  ] **File as: Bankruptcy/Adversary > Motions > AMENDED MOTION.  Link the Amended Motion to the original motion.**

[ X ] **File as: Bankruptcy>Other>Notice of Change of address**

Date: September 25, 2013

Lisa Bertino Beaser
Clerk of Court

Form defygen/Doc 12
www.nywb.uscourts.gov