Certificate Number: 14748-NYW-DE-022003887

Bankruptcy Case Number: 13-12520


14748-NYW-DE-022003887

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>October 8, 2013</u>, at <u>3:05</u> o'clock <u>PM EDT</u>, <u>Mary Ann Button</u> completed a course on personal financial management given <u>by internet</u> by <u>Ypside Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of New York</u>.

Date:   October 8, 2013                By:   /s/James Salem

                                       Name:  James Salem

                                       Title:  Educator