# Notice Recipients

District/Off: 0209−1  User: labelle  Date Created: 12/26/2013
Case: 1−13−12520−CLB  Form ID: b18  Total: 18

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
21142276    NTEU Local 157 Federal Credit Union

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
aty         Todd A. Morth         toddmorth@gmail.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Mary Ann Button       8849 East Eden Road    Eden, NY 14057
tr          Mark J. Schlant       404 Cathedral Place    298 Main Street    Buffalo, NY 14202
21142278    Capital One           P.O. Box 5250          Carol Stream, IL 60197−6403
21142279    Care Credit           c/o GE Capital Retail Bank    PO Box 960061    Orlando, FL 32896−0061
21142280    Cohen &Slamowitz      P.O. Box 9004          Woodbury, NY 11797−9004
21142281    Credit One Bank       PO Box 60500           City of Industry, CA 91716
21142282    Dell Financial Services    PO Box 6403       Carol Stream, IL 60197−6403
21142283    Discover Financial Services    PO Box 3025   New Albany, OH 43054−3025
21142284    HSBC                  P.O. Box 2103          Buffalo, NY 14240
21142277    Internal Revenue Service    PO Box 7346      Philadelphia, PA 19101−7346
21142285    JC Penney             P.O. Box 960001        Orlando, FL 32896
21142286    Merrick Bank          P.O. Box 5721          Hicksville, NY 11802
21142287    Nelnet Loan Services  P.O. Box 1649          Denver, CO 80201
21142288    Orchard Bank          P.O. Box 17051         Baltimore, MD 21297
21142289    Portfolio Recovery Assoc.    PO Box 41067    Norfolk, VA 23541−1067
21142290    Sunil Bakshi, Esq     5662 Main Street       Buffalo, NY 14221

TOTAL: 16