UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| In Re: | Case No.: 1–13–12520–CLB |
|---|---|
| Mary Ann Button<br>  aka Mary Ann Crooks, aka Mary Ann Olejnik, aka Maryann Crooks | Chapter: 7<br><br>SSN:  xxx–xx–7762 |
| Debtor(s) | |

## NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of an Order, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **December 26, 2013**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code, The Federal Rules of Bankruptcy Procedure.

Date: December 26, 2013                                      Lisa Bertino Beaser
                                                             Clerk of Court

Form ntentryA/Doc 20
www.nywb.uscourts.gov