# Notice Recipients

District/Off: 0209−1             User: labelle             Date Created: 12/26/2013
Case: 1−13−12520−CLB            Form ID: ntentryA          Total: 18

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
21142276    NTEU Local 157 Federal Credit Union

                                                                              TOTAL: 1

**Recipients of Notice of Electronic Filing:**
tr          Mark J. Schlant          mschlant@zsa.cc
aty         Todd A. Morth            toddmorth@gmail.com

                                                                              TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Mary Ann Button        8849 East Eden Road        Eden, NY 14057
21142278    Capital One        P.O. Box 5250        Carol Stream, IL 60197−6403
21142279    Care Credit        c/o GE Capital Retail Bank        PO Box 960061        Orlando, FL 32896−0061
21142280    Cohen &Slamowitz        P.O. Box 9004        Woodbury, NY 11797−9004
21142281    Credit One Bank        PO Box 60500        City of Industry, CA 91716
21142282    Dell Financial Services        PO Box 6403        Carol Stream, IL 60197−6403
21142283    Discover Financial Services        PO Box 3025        New Albany, OH 43054−3025
21142284    HSBC        P.O. Box 2103        Buffalo, NY 14240
21142277    Internal Revenue Service        PO Box 7346        Philadelphia, PA 19101−7346
21142285    JC Penney        P.O. Box 960001        Orlando, FL 32896
21142286    Merrick Bank        P.O. Box 5721        Hicksville, NY 11802
21142287    Nelnet Loan Services        P.O. Box 1649        Denver, CO 80201
21142288    Orchard Bank        P.O. Box 17051        Baltimore, MD 21297
21142289    Portfolio Recovery Assoc.        PO Box 41067        Norfolk, VA 23541−1067
21142290    Sunil Bakshi, Esq        5662 Main Street        Buffalo, NY 14221

                                                                              TOTAL: 15