In re:                                                            Case No. 13-12520-CLB
Mary Ann Button                                                   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0209-1    User: labelle    Page 1 of 1    Date Rcvd: Dec 26, 2013
                    Form ID: ntentryA    Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2013.
```
db         +Mary Ann Button,    8849 East Eden Road,    Eden, NY 14057-9740
21142278   +Capital One,    P.O. Box 5250,    Carol Stream, IL 60197-5250
21142280    Cohen & Slamowitz,    P.O. Box 9004,    Woodbury, NY 11797-9004
21142282  ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
           (address filed with court: Dell Financial Services,   PO Box 6403,
            Carol Stream, IL  60197-6403)
21142284   +HSBC,    P.O. Box 2103,    Buffalo, NY 14240-2103
21142288   +Orchard Bank,    P.O. Box 17051,    Baltimore, MD 21297-1051
21142289  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
           (address filed with court: Portfolio Recovery Assoc.,   PO Box 41067,   Norfolk, VA  23541-1067)
21142290   +Sunil Bakshi, Esq,    5662 Main Street,    Buffalo, NY 14221-5506
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21142279    E-mail/PDF: gecsedi@recoverycorp.com Dec 26 2013 18:39:39      Care Credit,
             c/o GE Capital Retail Bank,    PO Box 960061,    Orlando, FL  32896-0061
21142281   +E-mail/Text: creditonebknotifications@resurgent.com Dec 26 2013 18:31:39      Credit One Bank,
             PO Box 60500,    City of Industry, CA 91716-0500
21142283    E-mail/PDF: mrdiscen@discoverfinancial.com Dec 26 2013 18:39:46      Discover Financial Services,
             PO Box 3025,    New Albany, OH  43054-3025
21142277    E-mail/Text: cio.bncmail@irs.gov Dec 26 2013 18:31:45      Internal Revenue Service,    PO Box 7346,
             Philadelphia, PA  19101-7346
21142285   +E-mail/PDF: gecsedi@recoverycorp.com Dec 26 2013 18:39:38      JC Penney,    P.O. Box 960001,
             Orlando, FL 32896-0001
21142286   +E-mail/Text: bkr@cardworks.com Dec 26 2013 18:31:33      Merrick Bank,    P.O. Box 5721,
             Hicksville, NY 11802-5721
21142287   +E-mail/Text: electronicbkydocs@nelnet.net Dec 26 2013 18:31:55      Nelnet Loan Services,
             P.O. Box 1649,    Denver, CO 80201-1649
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21142276    NTEU Local 157 Federal Credit Union
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2013                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2013 at the address(es) listed below:
```
              Mark J. Schlant    mschlant@zsa.cc, mschlant@ecf.epiqsystems.com
              Todd A. Morth    on behalf of Debtor Mary Ann Button toddmorth@gmail.com
                                                                                              TOTAL: 2
```

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>Mary Ann Button<br> aka Mary Ann Crooks, aka Mary Ann Olejnik, aka Maryann Crooks<br><br>Debtor(s) | Case No.: 1–13–12520–CLB<br>Chapter: 7<br><br>SSN: xxx–xx–7762 |

## NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of an Order, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **December 26, 2013**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code, The Federal Rules of Bankruptcy Procedure.

Date: December 26, 2013                          Lisa Bertino Beaser
                                                 Clerk of Court

Form ntentryA/Doc 20
www.nywb.uscourts.gov