UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

    Mary Ann Button
      aka Mary Ann Crooks, aka Mary
      Ann Olejnik, aka Maryann Crooks

            Debtor(s)

Case No.: 1−13−12520−CLB
Chapter: 7

SSN: xxx−xx−7762

## FINAL DECREE

The Trustee in the above−entitled case has filed a Report of No Distribution with respect to **Mary Ann Button** and appears to have performed all other duties in the administration of said debtor's case.

**IT IS ORDERED THAT:**

Mark J. Schlant is discharged as Trustee of the estate(s) of the above−named debtor(s).

The case of the above−named debtor(s) is closed.

Dated: January 16, 2014      **HONORABLE CARL L. BUCKI**
                                         Chief Judge, United States Bankruptcy Court

Form fnldec/Doc 23
www.nywb.uscourts.gov