# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−1 | User: labelle | Date Created: 1/16/2014 |
| Case: 1−13−12520−CLB | Form ID: fnldec | Total: 3 |

**Recipients of Notice of Electronic Filing:**
tr       Mark J. Schlant       mschlant@zsa.cc
aty     Todd A. Morth       toddmorth@gmail.com

                                                                                                     TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Mary Ann Button      8849 East Eden Road      Eden, NY 14057

                                                                                                     TOTAL: 1