**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

---

In Re:

   Mary Ann Button
     aka Mary Ann Crooks, aka Mary
     Ann Olejnik, aka Maryann Crooks

            Debtor(s)

Case No.: 1–13–12520–CLB
Chapter: 7

SSN: xxx–xx–7762

---

# NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of an Order, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **January 16, 2014**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code, The Federal Rules of Bankruptcy Procedure.

Date: January 16, 2014

Lisa Bertino Beaser
Clerk of Court

Form ntcentry/Doc 23
www.nywb.uscourts.gov