```
                          United States Bankruptcy Court
                          Western District of New York
```

In re:                                                              Case No. 13-12520-CLB
Mary Ann Button                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0209-1          User: labelle              Page 1 of 1              Date Rcvd: Jan 16, 2014
                              Form ID: fnldec            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2014.
db             +Mary Ann Button,    8849 East Eden Road,    Eden, NY 14057-9740

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2014 at the address(es) listed below:
              Mark J. Schlant    mschlant@zsa.cc, mschlant@ecf.epiqsystems.com
              Todd A. Morth    on behalf of Debtor Mary Ann Button toddmorth@gmail.com
                                                                                                         TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In Re:

    Mary Ann Button
     aka Mary Ann Crooks, aka Mary Ann Olejnik, aka Maryann Crooks

            Debtor(s)

Case No.: 1−13−12520−CLB
Chapter: 7

SSN: xxx−xx−7762

## FINAL DECREE

The Trustee in the above−entitled case has filed a Report of No Distribution with respect to **Mary Ann Button** and appears to have performed all other duties in the administration of said debtor's case.

**IT IS ORDERED THAT:**

Mark J. Schlant is discharged as Trustee of the estate(s) of the above−named debtor(s).

The case of the above−named debtor(s) is closed.

Dated: January 16, 2014

**HONORABLE CARL L. BUCKI**
Chief Judge, United States Bankruptcy Court

Form fnldec/Doc 23
www.nywb.uscourts.gov