```
                         United States Bankruptcy Court
                          Western District of New York
In re:                                                          Case No. 13-12520-CLB
Mary Ann Button                                                 Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0209-1         User: labelle              Page 1 of 1          Date Rcvd: Jan 16, 2014
                             Form ID: ntcentry          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2014.
db          +Mary Ann Button,    8849 East Eden Road,    Eden, NY 14057-9740

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2014                           Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2014 at the address(es) listed below:
              Mark J. Schlant    mschlant@zsa.cc, mschlant@ecf.epiqsystems.com
              Todd A. Morth   on behalf of Debtor Mary Ann Button toddmorth@gmail.com
                                                                                             TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re:  Case No.: 1–13–12520–CLB
 Chapter: 7
  Mary Ann Button
    aka Mary Ann Crooks, aka Mary SSN:  xxx–xx–7762
    Ann Olejnik, aka Maryann Crooks

 Debtor(s)

## NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of an Order, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **January 16, 2014**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code, The Federal Rules of Bankruptcy Procedure.

Date: January 16, 2014          Lisa Bertino Beaser
                                                           Clerk of Court

Form ntcentry/Doc 23
www.nywb.uscourts.gov